MICHAEL DELFINO, Respondent, v. MARINE METAL AND SUPPLY COMPANY, INC., Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, on the ground that it was error to deny the motion to dismiss the second cause of action; and on the further ground that the finding of damage in the first cause of action is contrary to the evidence.   Jenks, P. J., Stapleton, Mills and Rich, JJ., concurred; Carr, J., not voting.

CHARLES ERICKSEN, Respondent, v. TIDEWATER PAPER MILLS COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.   No opinion.   Present — Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ.

MARGARET JACKSON, Appellant, v. MAGDALENA SCHWARTZ, Respondent.— We think the verdict of $100 was not excessive.   The learned trial court having been of opinion that plaintiff was entitled to recover, the order of the County Court of Kings county must be reversed, and the verdict unanimously reinstated, with costs.   Present — Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ.

MAYNARD A. KING, Respondent, v. CLARENCE SCOTT, Appellant.— Judgment and order unanimously affirmed, with costs.   No opinion.   Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

LUCY MADDEN, an Infant, by JOHN MADDEN, Her Guardian ad Litem, Respondent, v. NICHOLAS AVITABILE, Appellant.— Judgment and order unanimously affirmed, with costs.   No opinion.   Present — Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ.

THE MANNING COMPANY, Respondent, v. SUSAN BILYOU, Appellant.— Judgment of the County Court of Orange county, affirming a judgment in the Justice's Court in favor of the plaintiff, affirmed, with costs.   No opinion.   Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

HELEN I. MAY, as Administratrix, etc., of EDWIN B. MAY, Deceased, Respondent, v. ORANGE AND ROCKLAND ELECTRIC COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.   No opinion.   Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

ALEXANDER MIKELIONIS (also known as ALEC MILIONIS), Appellant, v. THE LEHIGH AND WILKESBARRE COAL COMPANY, Respondent.— Judgment unanimously affirmed, with costs.   No opinion.   Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

ELLEN MONSELL, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Judgment and order of the City Court of Yonkers affirmed, with costs.   No opinion.   Jenks, P. J., Stapleton, Mills and Rich, JJ., concurred; Carr, J., not voting.